## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARY ARNOLD and, ) | |
| REGINA MCKIBBEN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action File |
| ) | No: 1:12-CV-03455-HLM-WEJ |
| CLAYTON COUNTY SCHOOL ) | |
| DISTRICT ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement Between Defendant and Plaintiffs Adams, Bishop, Brown, Clark, Dooley, Gibson, Joby L. Green, Sr., Randall Green, Harris, Hughes, Jackson, Murray, Real, Robinson, Smith, To and Wells and Dismissal with Prejudice of Said Plaintiffs' Claims ("Joint Motion for Approval of Settlement"). Having considered the Parties' Joint Motion, it is hereby ORDERED:

1. That the Joint Motion for Approval of Settlement is GRANTED; and

2. That the claims of Plaintiffs Adams, Bishop, Brown, Clark, Dooley, Gibson, Joby L. Green, Sr., Randall Green, Harris, Hughes, Jackson, Murray, Real,

Robinson, Smith, To, and Wells be DISMISSED, WITH PREJUDICE, in their entirety, with each party to bear his or her own costs.

3. The Court shall retain jurisdiction over this case only for the purpose of enforcing the Parties' Agreement.

_____  11/6/14
Harold L. Muphy
United States District Judge

Consented to by:

/s/ David J. Worley
Counsel for Plaintiffs

David J. Worley
James M. Evangelista
HARRIS PENN LOWRY, LLP
400 Colony Square
1201 Peachtree Street, Suite 900
Atlanta, GA 30361

Neil S. Hyman
LAW OFFICE OF NEIL S. HYMAN, LLC
4416 East West Highway, Suite 400
Bethesda, MD  20814

Consented to by:

/s/ Lauren A. Nations
Counsel for Defendant

Charles L. Bachman, Jr.
Georgia Bar No. 030545
cbachman@gregorydoylefirm.com
Lauren A. Nations
Georgia Bar No. 301299
lnations@gregorydoylefirm.com
Gregory, Doyle, Calhoun & Rogers LLC
49 Atlanta Street
Marietta, GA 30060
(770) 422-1776