FILED IN CHAMBERS
U.S.D.C. - Rome
MAR 6 2015
JAMES N. HATTEN, Clerk
Kari    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY ARNOLD and, REGINA MCKIBBEN, et al. )<br>)<br>) Plaintiffs, )<br>)<br>v. )<br>)<br>CLAYTON COUNTY SCHOOL )<br>DISTRICT )<br>)<br>Defendant. ) | Civil Action File<br>No: 1:12-CV-03455-WEJ |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement Between Defendant and Plaintiffs Mary Arnold, Timothy Baker, Sharial Banks, Ernest Bloomfield, Eldridge Brown, Demetrius Campbell, Theresa Myrick Cash, Song Chann, Chanthou Chin, Som Clot, Loretta Connell Williams, Lorenzo Davis, Minnie Eason, Mary H. Green, Stella Grier, Charles Hall, Steven Hayes, Tommy Higgins, Donald Holland, Peter Inthysone, Phokham Khamphoumy, Samol Kim, Rogero Lay, Martha Lewis, Regina McKibben, Dong Nguyen, Visak Nhok, Nou Norphansy, Bros Pat, Patrick Ransom, Linda Sanders, John Seals, Kylavanh Simmavanh, Lamont Stembridge, Charlie Thomas, Robert Thompson, Leroy Traylor, Alonzo Walker, Alfonso Weems, Mary Willingham

and Sarah Zachery and Dismissal with Prejudice of Said Plaintiffs' Claims ("Joint Motion for Approval of Settlement"). Having considered the Parties' Joint Motion, it is hereby ORDERED:

1. That the Joint Motion for Approval of Settlement is GRANTED; and

2. That the claims of Plaintiffs Mary Arnold, Timothy Baker, Sharial Banks, Ernest Bloomfield, Eldridge Brown, Demetrius Campbell, Theresa Myrick Cash, Song Chann, Chanthou Chin, Sorn Clot, Loretta Connell Williams, Lorenzo Davis, Minnie Eason, Mary H. Green, Stella Grier, Charles Hall, Steven Hayes, Tommy Higgins, Donald Holland, Peter Inthysone, Phokham Khamphoumy, Samol Kim, Rogero Lay, Martha Lewis, Regina McKibben, Dong Nguyen, Visak Nhok, Nou Norphansy, Bros Pat, Patrick Ransom, Linda Sanders, John Seals, Kylavanh Simmavanh, Lamont Stembridge, Charlie Thomas, Robert Thompson, Leroy Traylor, Alonzo Walker, Alfonso Weems, Mary Willingham and Sarah Zachery be DISMISSED, WITH PREJUDICE, in their entirety, with each party to bear his or her own costs.

3. The Court shall retain jurisdiction over this case only for the purpose of enforcing the Parties' Agreement.

This 6th day of March, 2015

_____
Walter E. Johnson
United States Magistrate Judge

Consented to by:

/s/ David J. Worley
Counsel for Plaintiffs

David J. Worley
James M. Evangelista
HARRIS PENN LOWRY, LLP
400 Colony Square
1201 Peachtree Street, Suite 900
Atlanta, GA 30361

Neil S. Hyman
LAW OFFICE OF NEIL S. HYMAN, LLC
4416 East West Highway, Suite 400
Bethesda, MD 20814

Consented to by:

/s/ Lauren A. Nations
Counsel for Defendant

Charles L. Bachman, Jr.
Georgia Bar No. 030545
cbachman@gregorydoylefirm.com
Lauren A. Nations
Georgia Bar No. 301299
lnations@gregorydoylefirm.com
Gregory, Doyle, Calhoun & Rogers LLC
49 Atlanta Street
Marietta, GA 30060
(770) 422-1776